**DISMISS; and Opinion Filed December 11, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01441-CR

### DAVID SANCHEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F12-63966-L

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a). We **DIRECT** the Clerk to issue the mandate forthwith.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

131441F.U05